Case 0:19-cv-61120-RKA   Document 5-1   Entered on FLSD Docket 05/13/2019   Page 1 of 6
Filing # 87649243 E-Filed 04/08/2019 04:51:36 PM
Case 0:19-cv-61120-XXXX   Document 1-1   Entered on FLSD Docket 05/02/2019   Page 5 of 41

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.

CYNTHIA RYAN and ROBERT RYAN,
    Plaintiffs,
v.

ALLSTATE INSURANCE COMPANY, a
Foreign corporation,
    Defendant.

## COMPLAINT FOR BREACH OF CONTRACT

1. Plaintiffs, Cynthia Ryan and Robert Ryan ("Plaintiffs"), sue Defendant, Allstate Insurance Company ("Defendant") and state the following:

2. This is an action for breach of an insurance contract and for damages that exceed $15,000.00, exclusive of interest, costs and fees.

3. Plaintiffs are a married couple who own the property and reside at 4497 Southwest 34th Terrace, Fort Lauderdale, Florida 33312 (the "Property").

4. Upon information and belief, Defendant is a Foreign corporation doing business in Florida from a principal office located at 8675 Freeport Parkway North, Irving, Texas 75063.

5. Defendant regularly conducts business in Broward County, Florida.

6. Defendant agreed to insure the Property under Allstate Insurance Company Policy Number 4805643321 (the "Policy"). A true and correct copy of the Policy as provided to Plaintiffs is attached hereto and incorporated herein as Exhibit "A."

7. At all times material hereto, in consideration of a premium paid by Plaintiffs, the Policy was in full force and effect.

Exhibit 1

8. On or about September 10, 2017 the Property suffered severe damage (the "Loss") due to flooding due to Hurricane Irma at Plaintiffs' house.

9. Plaintiffs submitted a claim seeking coverage under the Policy for the damage sustained by the Loss.

10. Defendant has admitted that the Loss is covered and has made a partial payment under the Policy.

11. However, this partial payment represented only a small fraction of the total loss.

12. Nearly nineteen (19) months after the Loss, Plaintiffs' property remains in disrepair.

13. Defendant has failed and refuses to provide Plaintiffs with coverage, in accordance with the Policy, for the remainder of damages stemming from the Loss.

14. Plaintiffs have been obligated to retain the undersigned attorneys for the prosecution of this action and related efforts to enforce the Policy, and are entitled to reasonable attorney's fees pursuant to Florida Statutes §§ 626.9373 or 627.428.

15. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have otherwise been satisfied.

## COUNT I - BREACH OF CONTRACT

16. Plaintiffs reallege and incorporate all of the above in support of this count.

17. The Policy is a valid written contract between Plaintiffs and Defendant, wherein Plaintiffs agreed to pay a premium and Defendant agreed to insure the Property.

18. Plaintiffs paid all premiums due under the Policy and fully performed their obligations under the Policy.

19. Under the Policy, Defendant was obligated to pay the claim for damages, which were covered by the Policy.

20. Defendant has refused to pay the full amounts due for the damages under the Policy.

21. Defendant breached the contract by repudiating its obligations to Plaintiffs and denying Plaintiffs the benefits of the policy.

22. At all times material hereto, Plaintiffs have satisfied all post-loss obligations under the Policy.

23. As a result of Defendant's breach of the contract, Plaintiffs have suffered and continue to suffer damages.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court award a judgment for damages against Defendant for breaching the contract by wrongfully denying coverage and payment under the Policy and for any additional relief as permitted by law and as this Court deems appropriate, including interest, costs, attorney's fees pursuant to Florida Statutes §§ 626.9373 or 627.428, and all equitable remedies or other relief that may be appropriate.

## DEMAND FOR JURY TRIAL

24. Plaintiffs, pursuant to the Rules of Civil Procedure, hereby demand trial by jury on all issues so triable.

## DESIGNATION OF ATTORNEY E-MAIL ADDRESS PURSUANT TO RULE 2.516

Florida Professional Law Group, PLLC hereby designates the following email addresses for the purpose of service of all documents required to be served via email in this proceeding:

Primary email address:     tfoglia@flplg.com
Secondary email address:   eservice@flplg.com

Dated: April 8, 2019.            Respectfully submitted,

                                 /s/ Tracey Foglia
                                 Florida Professional Law Group, PLLC
                                 Tracey Foglia, Esq.

3

Florida Bar No. 102617
4600 Sheridan St., Suite 303
Hollywood, FL 33021
Tel. (954) 284-0900
Fax. (954) 284-0747
E-mail: tfoglia@flplg.com
E-mail: eservice@flplg.com
*Attorneys for Plaintiffs, Cynthia Ryan and Robert Ryan*

# EXHIBIT A

**Allstate** 
You're in good hands.

PO BOX 2964
SHAWNEE MISSION, KS 66201-1364
800-527-2634
NAIC Number: 19232

**Policy Number**
4805643321

## FLOOD DWELLING FORM PREFERRED RISK POLICY DECLARATION - RENEWAL

| | |
|---|---|
| Named Insured and Mailing Address:<br>**ROBERT L, RYAN IV**<br>**CINDY RYAN**<br>**4497 SW 34 TERRACE**<br>**DANIA, FL 33312** | Policy Period: **12/17/2016 12:01am to 12/17/2017 12:01am**<br>Policy Term: **ONE YEAR**<br><br>**Original New Business Effective Date:**<br>**Reinstatement Date: 01/11/2017** |
| | Agent No: **0A6061**<br>**SUNRISE INSURANCE**<br>**12260 SW 53RD STREET #601B**<br>**COOPER CITY, FL 33330** |
| Payor: **INSURED** | Agent Phone: **954-741-4449** |

Property Location: **4497 SW 34 TERRACE**
**DANIA, FL 33312**

### RATING DESCRIPTION

| Property/Building | Contents Location |
|---|---|

Insured's Primary Residence: **Y**

**SINGLE FAMILY; TWO FLOORS; NON-ELEVATED WITHOUT BASEMENT; INCLUDE ADDITION AND EXTENSION**

**LOWEST FLOOR ONLY ABOVE GROUND LEVEL AND HIGHER FLOORS Subject to, III. Property Covered, Paragraph B.**

Date of construction or substantial improvement was on **01/01/1964**

### LOCATION INFORMATION

Community Name: **BROWARD COUNTY*** No: **1250930554H**
Status: **REGULAR** CRS Class: **7** FIRM Zone: **X** Current Flood Zone: **X** Elevation Difference: Grandfathered: **N**

### COVERAGE AND RATING INFORMATION

| Coverage Type | Coverage Limit | Deductible | Rate | Deductible Discount | Premium |
|---|---|---|---|---|---|
| Building | $ 150,000 | $ 1,250 | 0.00/0.00 | $ 0.00 | $ 290.00 |
| Contents | $ 60,000 | $ 1,250 | 0.00/0.00 | $ 0.00 | $ 0.00 |
| | | | MULTIPLIER | | $ 0.00 |
| | | | ICC PREMIUM | | $ 5.00 |
| | | | ANNUAL SUBTOTAL | | $ 295.00 |
| | | | RESERVE FUND ASSESSMENT | | $ 44.00 |
| | | | HFIAA SURCHARGE | | $ 250.00 |
| | | | FEDERAL POLICY FEE | | $ 25.00 |
| | | | **TOTAL PREMIUM** | | $ 614.00 |

**THIS IS NOT A BILL**

Policy Changes:

Attachments:

**FIRST MORTGAGEE**
**WELLS FARGO BANK NA ISAOA**
**PO BOX 621530**

002124(2:3)F14:49031.657