UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61120-CIV-ALTMAN/Hunt

**CYNTHIA RYAN** *and*
**ROBERT RYAN**,

    Plaintiffs,

v.

**ALLSTATE INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. On December 3, 2019, the Court entered an Order scheduling mediation for January 22, 2020 [ECF No. 18]. That Order required the parties to file a joint mediation report indicating the results of the mediation. As of the date of this Order, the parties have not yet filed a joint report, nor have they indicated that the mediation was cancelled. Accordingly, the Court hereby

**ORDERS** that, by **February 4, 2020**, the parties shall submit a mediation report indicating the results of the January 22, 2020 mediation. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of January 2020.

    _____
    **ROY K. ALTMAN**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record